# IN THE SUPREME COURT OF THE STATE OF NEVADA

PATRICK NEWELL,
               Appellant,
vs.
THE STATE OF NEVADA,
               Respondent.

No. 73767

**FILED**

OCT 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for appointment of counsel. First Judicial District Court, Carson City; James E. Wilson, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. James E. Wilson, District Judge
       Patrick Newell
       Attorney General/Carson City
       Carson City Clerk

17-35125